IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:99-CR-3-2H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| REGINALD ANTHONY MCNAIR, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on defendant's motion for early termination of his supervised release [DE #134]. Although the court is impressed with defendant's work record and compliance during supervision, after considering all the factors, the court DENIES the motion [DE #134].

This 1st day of November 2010.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26